UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA IRWIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN COLVIN, ) <br> Acting Commissioner of Social Security ) <br> ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:14-cv-01332-AC <br><br> STIPULATED REQUEST TO EXTEND TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER |

Stipulation for Extension of Time and Order
Case no. 2:14-cv-01332-AC

1

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that Defendant shall have additional 30 days, up to and including February 6, 2015, to respond to Plaintiff's Motion for Summary Judgment.

This is the first request by Defendant for an extension of time. This extension is requested to accommodate Defendant's counsel's pre-planned time off for the holidays along with counsel's current heavy workload and briefing schedule.

Respectfully submitted,

Dated: December 22, 2014         LAW OFFICES OF LAWRENCE D. ROHLFING

By: _/s/ Vijay J. Patel_____
VIJAY J. PATEL
Attorneys for Plaintiff
[Authorization by e-mail on December 22, 2014]

Dated: December 22, 2014         BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By: _/s/ Sundeep R. Patel_____
SUNDEEP R. PATEL
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated December 23, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation for Extension of Time and Order
Case no. 2:14-cv-01332-AC

2