1

2

3

4

5

6

7

8

9          **UNITED STATES DISTRICT COURT**

10           **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| STEVEN L. IRWIN, | Case No.: 2:14-cv-01332-AC |
| Plaintiff, | ORDER EXTENDING BRIEFING |
| v. | SCHEDULE |
| CAROLYN W. COLVIN,  Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, ECF No. 17, IT IS HEREBY ORDERED that plaintiff shall have an extension of time to March 18, 2015, in which to file Plaintiff's reply brief.

DATED: February 27, 2015

_____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-