UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA IRWIN, | No.  2:14-cv-01332-AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying the application for period of disability and disability insurance benefits ("DIB") under Title II of the Social Security Act of her late husband, Mr. Steven L. Irwin.  Plaintiff filed a motion for summary judgment on December 8, 2014.  ECF No. 13.  The Commissioner then filed a cross motion for summary judgment on February 5, 2015.  ECF No. 16.  On June 9, 2015, plaintiff filed a self-styled "request for leave to file a two page memorandum."  ECF No. 19.  In her memorandum, plaintiff argues that the ALJ's decision should be reversed and this matter should be remanded for the payment of benefits in light of Lounsburry v. Barnhart, 45 F.3d 1111 (9th Cir. 2006).  Id.

The court finds that plaintiff's supplemental memorandum presents an additional ground for remand not articulated in plaintiff's December 8, 2014, motion for summary judgment, ECF

1

1  No. 13.  Nevertheless, the court will grant plaintiff's request and construes the memorandum as a
2  supplement to plaintiff's motion for summary judgment.  Accordingly, the Commissioner will be
3  ordered to file an opposition within twenty (20) days of the service of this order.  The court will
4  further order plaintiff to file a reply, if any, within fourteen (14) days of service of
5  Commissioner's opposition.
6      In accordance with the foregoing, THE COURT HEREBY ORDERS that plaintiff's
7  request to submit a memorandum, ECF No. 19, is GRANTED.  Plaintiff's memorandum is
8  construed as a supplement to plaintiff's motion for summary judgment.  The Commissioner shall
9  file an opposition to plaintiff's memorandum within twenty (20) days of the service of this order.
10 The Commissioner's opposition shall be limited to the applicability of Lounsburry v. Barnhart,
11 supra.  Plaintiff shall file a reply, if any, within fourteen (14) days of service of the
12 Commissioner's opposition.
13 DATED: August 17, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE