UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA IRWIN, | No. 2:14-cv-01332 AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Counsel for prevailing plaintiff in this case has moved for an award of attorney fees pursuant to 42 U.S.C. § 406(b). ECF No. 30.

Accordingly, IT IS HEREBY ORDERED that:

1. Any opposition (or statement of non-opposition) to the motion shall be filed no later than June 13, 2016.

2. The reply, if any, shall be filed no later than June 27, 2016.

Dated: May 13, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE